**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| TERRELL HILL and OLLIEWEAN CRISS, <br><br> Plaintiffs, <br><br> v. <br><br> KEVAN WOODS and FAST & BEST, LLC, <br> An Indiana Limited Liability Company, <br><br> Defendants. | No. 17 CV 6568 |

**NOTICE OF REMOVAL TO FEDERAL COURT**

NOW COMES the Defendants, KEVAN WOODS and FAST & BEST, LLC, by their attorneys, James A. Foster and Lara R. Lickhalter of CASSIDAY SCHADE LLP, and pursuant to 28 U.S.C. 1332, 1441, and 1446, remove this lawsuit from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of its Petition for Removal, Defendant state as follows:

1. The ground for Defendant's Notice of Removal is subject matter jurisdiction based on diversity of citizenship as established in 28 U.S.C. 1332.

2. Plaintiffs TERRELL HILL and OLLIEWEAN CRISS, filed a complaint at law in the Circuit Court of Cook County on January 31, 2017. (A copy of Plaintiff's Complaint at Law is attached hereto as Exhibit A.)

3. Plaintiffs allege in their Complaint that they sustained injury following a motor vehicle collision in Joliet, Illinois on April 29, 2015 involving Defendants KEVAN WOODS and FAST & BEST, LLC.

4. Plaintiff obtained service on Defendant KEVAN WOODS on August 16, 2017. (A copy of the Affidavit of Special Process Server is attached Exhibit B.)

5. Plaintiff obtained service on Defendant FAST & BEST, LLC on August 16, 2017. (A copy of the Affidavit of Special Process Server is attached Exhibit C.)

6. Accordingly, this Notice of Removal was filed within 30 days of "the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. 1446(b).

7. Plaintiff's case is worth an amount sought sufficient to meet the jurisdictional amount of $75,000 as required by 28 U.S.C. § 1332, as Plaintiff's addendum seeks an amount in excess of the jurisdictional minimums.

8. Upon information and belief, at the time this action was commenced, and since then, Plaintiff, TERRELL HILL is a citizen of Chicago, Illinois.

9. Upon information and belief, at the time this action was commenced, and since then, Plaintiff, OLLIEWEAN CRISS is a resident of Chicago, Illinois.

10. Defendant FAST & BEST, LLC is an Indiana corporation with its principal place of business in Crown Point, Indiana. (See Indiana Secretary of State Business Entity Detail, attached as Exhibit D.)

11. At the time this action was commenced, and since then, Defendant KEVAN WOODS has been a citizen of Hammond, Indiana.

12. Diversity of citizenship therefore exists among the Parties.

13. Based on the foregoing, this court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C.A. § 1332(a) because this is a civil action, in which the amount in controversy exceeds $75,000.00 and the Plaintiffs are citizens of different states from Defendants.

14. As required by 28 U.S.C. 1446(d), Defendants will promptly serve upon Plaintiff's counsel, and file with the Clerk of the Circuit Court of Cook County, a true and correct copy of this Notice.

15. By removing this action, Defendants do not waive any defenses available to them.

16. If any question arises as to the propriety of the removal of this action, Defendants request the opportunity to present a brief and oral argument in support of its position that this case is removable.

17. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, KEVAN WOODS and FAST & BEST, LLC, prays that this Honorable Court retain jurisdiction of this matter pursuant to 28 U.S.C. 1332, 1441 and 1446.

Respectfully submitted,

/s/Lara R. Lickhalter
Lara R. Lickhalter – Bar Number: 6306444
CASSIDAY SCHADE LLP
Attorneys for Defendants KEVAN WOODS and FAST & BEST, LLC
20 North Wacker Drive, Suite 1000
Chicago, IL  60606
(312) 641-3100
312) 444-1669 – Fax
E-Mail: llickhalter@cassiday.com

LLICKHAL